# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JUAN MEDINA and RAMONA MEDINA, <br><br> Plaintiffs, <br><br> v. <br><br> PILE TRUCKING, INC, ALVIN FLYNN; <br><br> Defendants. | CASE NO: CV11-06329 PJW <br><br> JUDGMENT ON SPECIAL VERDICT |

This action came on regularly for jury trial on October 30, 2012, before the Honorable Patrick J. Walsh, Magistrate Judge.

Based on the jury's verdict, IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiffs JUAN MEDINA and RAMONA MEDINA and against Defendants PILE TRUCKING, INC. and ALVIN FLYNN in the sum of two million six hundred and twenty five thousand dollars and zero cents ($2,625,000.00) with interest thereon at the legal rate until paid. ~~together with pre-judgment interest, costs and disbursements in the sum of $_____.~~

DATED: 11/30, 2012        *Nunc Pro Tunc to 11/2/12*

_____
Hon. Patrick J. Walsh.
United States Magistrate Judge

*Judgment on Special Verdict - Page 1*